IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                    No. CIV S-10-2369 EFB P

      vs.

M.S. SALINAS, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has submitted the required trust account statement, but has not submitted the required affidavit.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit affidavit required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

      So ordered.

DATED: September 14, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE